UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>Ramon OLIVAS-Sanchez,<br><br>Defendant | Magistrate Docket No. '08 MJ 0507<br><br>COMPLAINT FOR VIOLATION OF<br><br>Title 8, U.S.C., Section 1326<br>Deported Alien Found in the<br>United States |

The undersigned complainant, being duly sworn, states:

On or about **February 19, 2008** within the Southern District of California, defendant, **Ramon OLIVAS-Sanchez**, an alien, who previously had been excluded, deported and removed from the United States to **Mexico**, was found in the United States, without the Attorney General or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8 United States Code, Section 1326.

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
James Trombley
Senior Patrol Agent

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS **21st** DAY OF **FEBRUARY, 2008.**

William McCurine, Jr.
UNITED STATES MAGISTRATE JUDGE



**CONTINUATION OF COMPLAINT:**
**Ramon OLIVAS-Sanchez**
**A#072 154 017**

## PROBABLE CAUSE STATEMENT

On February 19, 2008, Border Patrol Agents J. Perez, and M. Treadway were patrolling the border near Boulevard, California. Boulevard is approximately 20 miles east of the Tecate, California Port of Entry, and just north of the United States/Mexico International Border. Agents Perez and Treadway were responding to sensor activation when they found a group of twenty-one individuals hiding between boulders and brush. Agents Perez and Treadway identified themselves as United States Border Patrol Agents and began to question the twenty-one individuals, as to their citizenship. All twenty-one including the defendant **Ramon OLIVAS Sanchez** freely admitted to being citizens and nationals of Mexico. All the individuals including the defendant admitted to have crossed the United States/Mexico Border without any legal documents that would allow them to enter or remain legally in the United States. At approximately 8:15 p.m. Agents Perez and Treadway placed the twenty-one individuals under arrest and transported them to the Boulevard Border Patrol Station for processing.

Routine record checks of the defendant revealed a criminal and immigration history. The defendant's record was determined by a comparison of his criminal record and the defendant's current fingerprint card. Official immigration records of the Department of Homeland Security revealed the defendant was previously deported to **Mexico** on **March 30, 2007** through **San Ysidro, California.** These same records show that the defendant has not applied for permission from the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security, to return to the United States after being removed.

_____
James Trombley
Senior Patrol Agent


_____
William McCurine Jr.
U.S. Magistrate Judge

2/21/08, 1220hrs
Date/Time