1  **GREGORY T. MURPHY**
   California State Bar No. 245505
2  **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
   225 Broadway, Suite 900
3  San Diego, CA 92101-5008
   (619) 234-8467/Fax: (619) 687-2666
4  E-Mail: gregory_murphy@fd.org

5  Attorneys for Ramon Olivas-Sanchez

8              UNITED STATES DISTRICT COURT

9              SOUTHERN DISTRICT OF CALIFORNIA

10             **(HONORABLE WILLIAM McCURINE, JR.)**

11 | UNITED STATES OF AMERICA,        )   Case No. 08MJ0507
                                      )
12 |          Plaintiff,              )
                                      )
13 | v.                               )   **CERTIFICATE OF SERVICE**
                                      )
14 | RAMON OLIVAS-SANCHEZ,            )
                                      )
15 |          Defendant.              )
   |_____)

17         Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of his

18 information and belief, and that a copy of the foregoing document has been served this day upon:

19                          U.S. Attorney CR
                        Efile.dkt.gc2@usdoj.gov

21                          Respectfully submitted,

23 DATED:     February 25, 2008           /s/ Gregory T. Murphy
                                          **GREGORY T. MURPHY**
24                                        Federal Defenders of San Diego, Inc.
                                          Attorneys for Ramon Olivas-Sanchez